

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2021

No. 04-20-00141-CV

Christopher **MANGO**, Kevin Warren Shannon, Marie Lopes, and All Occupants,
Appellant

v.

Jan **JARZABEK**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV00731
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Appellant's brief is past due. Neither the brief nor a motion for extension of time has been filed. We therefore ORDER appellant to file the appellant's brief in this court ***no later than 15 days*** from the date of this order, along with a written response reasonably explaining: (1) the failure to timely file the brief and/or a motion for extension; and (2) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to file a brief and the written response by the date ordered, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court